# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL SANTACRUZ, | Case No.: 2:23-cv-00258-APG-BNW |
| Plaintiff | **Order Setting Deadline to Respond to Motion for Temporary Restraining Order and/or Preliminary Injunction** |
| v. | |
| CHARLES DANIELS, et al., | |
| Defendants | |

I ORDER that the defendants must respond to the motion for temporary restraining order and/or preliminary injunction (ECF No. 2-2) within 14 days of the Attorney General first accepting service for any defendant.

DATED this 12th day of October, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE