Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
* Ryan Norwood
Assistant Federal Public Defender
New Hampshire State Bar No. 15604
Ryan_Norwood@fd.org
* Christopher P. Frey
Assistant Federal Public Defender
Nevada State Bar No. 10589
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Chris_Frey@fd.org

*Attorneys for Plaintiff Gabriel Santacruz

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Gabriel Santacruz, <br>     Plaintiff, <br>   v. <br> Charles Daniels, et al., <br>     Defendants. | Case No. 2:23-cv-0258-APG-BNW <br><br> **Joint discovery order and scheduling order** <br><br> **Submitted in compliance with LR 26-1(B)** |

    Ryan Norwood and Christopher Frey, attorneys for plaintiff, conferred with Jessica Brown, attorney for defendants, on January 8, 2024, by phone and agreed to the following discovery and scheduling order.

1. <u>Discovery cut-off date; estimate of time required for discovery (LR 26-1(b)(1); Fed. R. Civ. P. 16(b))</u>:

The parties may engage in discovery for a period of one hundred and eighty (180) days, beginning on December 12, 2024, and ending on **June 10, 2024.**

2. <u>Pleadings to amend or join parties  (LR 26-1(e)(2))</u>:

Pleadings that may be brought under Fed. R. Civ. Pro. 13 & 14, or joining additional parties under Fed. R. Civ. Pro. 19 & 20, or amendments to pleadings as provided for under Fed. R. Civ. Pro. 15 shall be filed by  <u>March 12, 2024.</u>

3. <u>Disclosure of expert witnesses (LR 26-1(e)(3); Fed. R. Civ. P. 26(a)(2)(C)(i))</u>:

The parties shall make any expert disclosures by <u>April 11, 2024</u> (60 days prior to June 10, 2024), and shall make any disclosure of rebuttal expert by <u>May 13, 2023</u> (32 days after April 11, 2024).

4. <u>Dispositive motions (LR 26-1(e)(4); Fed. R. Civ. P. 56)</u>:

The last day to file dispositive motions shall be <u>July 10, 2024</u> (30 days after June 10, 2024).

5. <u>Pretrial order and disclosures (LR 26-1(b)(5) and LR 26-1(b)(6); Fed. R. Civ. P. 26(a)(3)(B) and Fed. R. Civ. P. 26(a)(4))</u>:

In accordance with Local Rule 26-1(b)(5), the last day to file the Joint Pretrial Order (including the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereof) shall be <u>August 9, 2024</u>.  In the event that dispositive motions are filed, the deadline for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dispositive motions or further order of the Court.

     6.  <u>Extensions or modifications of the discovery plan and scheduling order (LR 26-3)</u>

In accordance with Local Rule 26-3, any request for an extension of this discovery plan or any of the individual dates herein shall be filed and served no later than twenty-one (21) days before the expiration of the subject deadline. Any motion or stipulation shall include:

    a) A statement specifying the discovery completed;

    b) A specific description of the discovery that remains to be completed;

    c) The reasons why the deadline was not satisfied, or the remaining discovery was not completed within the time limits set by the discovery plan; and

    d) A proposed schedule for completing all remaining discovery.

The parties certify that they have discussed previously sought resolution of the case via alternative dispute resolution. See LR 26-1(b)(7). They also certify that they have considered the use of the procedures set forth in LR 26-1(b)(8) and the use of electronic evidence as described under LR 26-1(b)(9), but have not entered any stipulations or agreements regarding such at this time.

Dated January 10, 2024.

| | |
|---|---|
| Aaron D. Ford<br>Attorney General | Rene L. Valladares<br>Federal Public Defender |
| /s/ Jessica E. Brown | /s/ Ryan Norwood |
| Jessica E. Brown<br>Deputy Attorney General | Ryan Norwood<br>Assistant Federal Public Defender |

IT IS SO ORDERED:

Dated: 1/11/2024

4