Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
New Hampshire Bar #15604
Ryan_Norwood@fd.org
* Christopher P. Frey
Assistant Federal Public Defender
Nevada State Bar No. 10589
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Chris_Frey@fd.org

*Attorneys for Petitioner Gabriel Santacruz

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Gabriel Santacruz,<br><br>   Plaintiff,<br><br>   v.<br><br>Charles Daniels, *et al.*,<br><br>   Defendants. | Case No. 2:23-cv-0258-APG-BNW<br><br>**First Stipulation for Revised Scheduling Order** |

Pursuant to FRCP 16(b)(4) and Local Rule 26-2, the parties stipulate and agree to modify/extend the Scheduling Order (ECF 27) and respectfully request the Court approve the proposed schedule, set forth herein, extending the discovery deadlines for 60 days. This is the first stipulation for the extension of these deadlines. This request is submitted at least twenty-one (21) days or more before the close of discovery (June 10, 2024) is made in good faith, and is supported by good cause.

STATEMENT OF FACTS IN SUPPORT OF STIPULATION

This case began with a pro se complaint filed by Plaintiff Gabriel Santacruz in February 2023, followed by a First Amended Complaint (FAC) on April 25, 2023. ECF 1, 6. The Court subsequently appointed counsel for Mr. Santacruz (ECF 16, 22), who entered an appearance on December 1, 2023 (ECF 23). The Defendants, represented by the Attorney General, filed an Answer on December 12 (ECF 24). The parties conferred and submitted a stipulated discovery plan on January 10, 2024, which the Court approved. (ECF 26. 27).

The parties have since exchanged initial disclosures and Mr. Santacruz served a Request for Production. After the parties agreed on an extension of time for productions sought by the Attorney General, the Defendants provided a First Supplement on March 1 and a Second Supplement and response to Plaintiff's request for production on March 8, 2024. The provided discovery already totals more than 1,000 pages.

Mr. Santacruz's FAC alleges multiple issues related to his medical care over a period of years. Plaintiff's counsel anticipates that they will make additional requests and will file an amended complaint based on this discovery. However, additional time is needed for counsel to review the extensive discovery in this case, some of which has only been recently received. The schedules of Plaintiff's counsel also necessitate an extension of time. Attorney Norwood is currently occupied with a family medical issue that has necessitated a week of leave and may require additional leave in the near future. Attorney Frey is preparing for a federal homicide trial that is set to begin on April 22, 2024.

The parties accordingly request the deadlines set forth in the current Scheduling Order (ECF No. 27) be extended by sixty (60) days, or as follows:

- Discovery: that discovery in this action be completed on or before August 9, 2024;
- Pleadings that may be brought under Fed. R. Civ. P. 13 & 14, or joining additional parties under Fed. R. Civ. P. 19 & 20: that they be filed and served not later than May 13, 2024;
- Amendments to pleadings as provided for under Fed. R. Civ. P. 15: that they be filed and served no later than May 13, 2024;
- Expert disclosures: that they be made on or before June 10, 2024, and that disclosures of rebuttal experts be made on or before July 10, 2024;
- Dispositive Motions: that they be filed and served no later than September 9, 2024;
- Joint Pretrial Order: that it be due on October 8, 2024. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

## CONCLUSION

Based on the foregoing and for good cause appearing, the Parties respectfully request that the Court approve their Stipulation and request for a sixty (60) day extension of the discovery and other deadlines.

Dated March 12, 2024,

| | |
|---|---|
| Aaron D. Ford<br>Attorney General | Rene L. Valladares<br>Federal Public Defender |
| /s/ Jessica E. Brown | /s/ Ryan Norwood |
| Jessica E. Brown<br>Deputy Attorney General | Ryan Norwood<br>Assistant Federal Public Defender |

IT IS SO ORDERED:

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Dated: 3/13/2024