UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL SANTACRUZ,<br><br>   Plaintiff<br><br>v.<br><br>CHARLES DANIELS, et al.,<br><br>   Defendants | Case No.: 2:23-cv-00258-APG-BNW<br><br>**Order Dismissing Case** |

On April 5, 2024, plaintiff Gabriel Santacruz was advised by the court that his claim against defendant Bob Fowler would be dismissed without prejudice unless by May 5, 2024, Santacruz either filed proper proof of service or showed good cause why such service was not timely made. Santacruz has failed to do so.

I THEREFORE ORDER that plaintiff Gabriel Santacruz's claims against defendant Bob Fowler are DISMISSED without prejudice. The clerk of court is instructed to terminate Bob Fowler as a defendant in this case.

DATED this 13th day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE