Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
New Hampshire Bar #15604
Ryan_Norwood@fd.org
* Christopher P. Frey
Assistant Federal Public Defender
Nevada State Bar No. 10589
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Chris_Frey@fd.org

*Attorneys for Petitioner Gabriel Santacruz

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Gabriel Santacruz,<br><br>            Plaintiff,<br><br>     v.<br><br>Charles Daniels, *et al.*,<br><br>            Defendants. | Case No. 2:23-cv-0258-APG-BNW<br><br>**Third Stipulation for Revised Scheduling Order** |

Pursuant to FRCP 16(b)(4) and Local Rule 26-2, the parties stipulate and agree to modify/extend the Scheduling Order (ECF 35) by extending the deadline for filing an amended pleading by seven (7) days until June 17, 2024. This the third stipulation to extend this deadline. This request is submitted at least 21 days before the close of discovery and is supported by good cause as set forth herein.

## STATEMENT OF FACTS IN SUPPORT OF STIPULATION

Pursuant to the current scheduling order (ECF 35), amended pleadings are due on June 10, 2024. Plaintiff's counsel had communicated to Defendants' prior counsel prior to stipulating to this order that they planned to file a Second Amended Complaint to replace the current First Amended Complaint (ECF 6), which was prepared pro se by Mr. Santacruz.

Mr. Santacruz's counsel have since drafted a proposed Second Amended Complaint (SAC). Counsel have reached out to Deputy Attorney General Leo T. Hendges, who has since substituted in as counsel for the Defendants, informing him that they have prepared a SAC in which new Defendants have been added, and inquiring as to whether the parties could stipulate to the filing of the SAC, or whether a Motion for Leave to Amend would need to be filed. Mr. Hendges has represented that he would need to review the draft SAC before determining whether or not he could stipulate to its filing, but that he would not be able to do by the current deadline because of a pressing deadline in another case this week.

The parties would thus seek to extend the deadline for the filing of the amended complaint by seven (7) days, so that Defendants' counsel could review a draft of the SAC and the parties could determine whether litigation over the filing of the complaint could be avoided.

**CONCLUSION**

Based on the foregoing and for good cause appearing, the Parties respectfully request that the Court approve their Stipulation and extend the deadline for filing an amended pleading until June 17, 2024.

Dated June 10, 2024,

| | |
|---|---|
| Aaron D. Ford<br>Attorney General | Rene L. Valladares<br>Federal Public Defender |
| */s/ Leo T. Hendges* | */s/ Ryan Norwood* |
| Leo T. Hendges<br>Deputy Attorney General | Ryan Norwood<br>Assistant Federal Public Defender |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 11, 2024

3