# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Gabriel Santacruz,<br><br>        Plaintiff,<br><br>v.<br><br>Charles Daniels, et al.<br><br>        Defendants. | Case No. 2:23-cv-00258-APG-BNW<br><br>**ORDER** |

The Office of the Attorney General has accepted service for all Defendants except Francisco Sanchez. ECF No. 66. The last known address for Mr. Sanchez has been filed under seal. ECF No. 67.

**IT IS THEREFORE ORDERED** that the U.S. Marshal's Office must attempt service on Mr. Sanchez.

**IT IS FURTHER ORDERED** that the Clerk of Court must issue a summons for Mr. Sanchez and deliver the same to the U.S. Marshal for service together with one copy of each of the following documents: this Order; the operative complaint (ECF No. 6); the Court's Screening Order (ECF No. 7); and the address for Mr. Sanchez filed under seal (ECF No. 67).

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff one USM-285 form, together with a copy of this Order. Plaintiff, or Plaintiff's counsel, must complete the USM-285 form regarding Mr. Sanchez (leave the address portion blank) and return the same to the U.S. Marshal by mail no later than **November 11, 2024**.

**IT IS FURTHER ORDERED** that the U.S. Marshal must attempt to effect service of the summons, the operative complaint, and Screening Order on Mr. Sanchez no later than **twenty days** after receipt of the completed USM-285 form.

**IT IS FURTHER ORDERED** that the U.S. Marshal is to file the return of service under seal so that Mr. Sanchez's address remains sealed.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Mr. Sanchez may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DATED: October 11, 2024.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE