Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
Ryan_Norwood@fd.org
* Christopher P. Frey
Assistant Federal Public Defender
Nevada State Bar No. 10589
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Chris_Frey@fd.org

*Attorneys for Petitioner Gabriel Santacruz

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Gabriel Santacruz,

      Plaintiff,

   v.

Charles Daniels, *et al.*,

      Defendants.

Case No. 2:23-cv-0258-APG-BNW

**Joint Fifth Status Report on Completion of Settlement Terms**

Plaintiff and Defendants hereby jointly submit this fourth status report regarding the completion of settlement agreement terms for this case, pursuant to the Court's minute order, ECF No. 112.

The Court is familiar with the history of this case through prior pleadings and status reports. The parties agree that both the monetary terms and a term involving a gastroenterologist have been completed. Parties are not yet in agreement as to the completion of the orthopedic treatment terms.

Mr. Santacruz's orthopedic treatment remains ongoing. Counsel for Mr. Santacruz understands that Mr. Santacruz has had a follow-up surgery in May and

is expected to meet again with his doctor, but has not yet received documentation regarding these visits.  Counsel is also seeking to confirm the status of the shoes recommended by the specialist in a March 2026 appointment.

The parties respectfully request the Court extend the deadline for filing dismissal paperwork another thirty (30) days, at which time they will seek to dismiss the case if the terms are agreed to be complete or file a further status report.

Dated June 5, 2026,

| | |
|---|---|
| Aaron D. Ford | Rene L. Valladares |
| Attorney General | Federal Public Defender |
| | |
| *s/John P. Regalia* | *s/ Ryan Norwood* |
| John P. Regalia | Ryan Norwood |
| Deputy Attorney General | Assistant Federal Public Defender |

**IT IS SO ORDERED**

**DATED:** 10:52 am, June 08, 2026

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2