Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
Ryan_Norwood@fd.org
* Christopher P. Frey
Assistant Federal Public Defender
Nevada State Bar No. 10589
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Chris_Frey@fd.org

*Attorneys for Petitioner Gabriel Santacruz

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Gabriel Santacruz,

       Plaintiff,

   v.

Charles Daniels, *et al.*,

       Defendants.

**Case No. 2:23-cv-0258-APG-BNW**

**Joint Sixth Status Report on
Completion of Settlement Terms**

Plaintiff and Defendants hereby jointly submit this sixth status report regarding the completion of settlement agreement terms for this case, pursuant to the Court's minute order, ECF No. 115 which directs that the report "must include: (1) the recommendation regarding Plaintiff's orthopedic treatment and what remains necessary to complete it; and (2) the status of the shoes recommended by the specialist at the March 2026 appointment."

Since the last status report, plaintiff's counsel has received documentation confirming that Mr. Santacruz's follow-up surgery was completed on May 1, 2026.

Defendants' counsel represents that Mr. Santacruz received a fitting for orthopedic shoes on June 26th and is awaiting delivery of the shoes from an outside provider.  He will receive a follow up appointment with his orthopedic specialist after he is provided the shoes, which should be by the end of the month.

Defendants' counsel does not understand there to be any other orthopedic treatment that needs to be completed. Plaintiff's counsel agrees that the documentation provided does not contain other recommendations but wishes to consult with his client before agreeing.

The parties anticipate they will file a stipulation once they receive final confirmation that the shoes have been received and the appointment has been scheduled, or else file a status report in 30 days indicating any issues that arise.

Dated July 8, 2026,

| | |
|---|---|
| Aaron D. Ford | Rene L. Valladares |
| Attorney General | Federal Public Defender |
| | |
| *s/John P. Regalia* | *s/ Ryan Norwood* |
| John P. Regalia | Ryan Norwood |
| Deputy Attorney General | Assistant Federal Public Defender |

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

Dated:  July 9, 2026

2