Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org

*Attorneys for Petitioner Gabriel Santacruz

# United States District Court
# District of Nevada

| | |
|---|---|
| Gabriel Santacruz,<br><br>Plaintiff,<br><br>v.<br><br>Charles Daniels, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-0258-APG-BNW<br><br>**Stipulation and Order of Dismissal** |

Plaintiff Gabriel Santacruz, by and through his counsel, the Office of the Federal Public Defender, and Defendants by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and John P. Regalia, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

Dated September 9, 2026,

Aaron D. Ford
Attorney General

*s/ John P. Regalia*
John P. Regalia
Deputy Attorney General

Rene L. Valladares
Federal Public Defender

*s/ Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender

IT IS SO ORDERED:

U.S. DISTRICT JUDGE

Dated: September 10, 2026